**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **)** | **Case No: 18-20265-705  Chapter 13** |
| | **)** | |
| **KITTY ANN STRUNK** | **)** | |
| | **)** | |
| | **)** | |
| **Debtor** | **)** | |
| | **)** | |

**TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM**

    **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated October 24, 2018, to claim 2 filed on behalf of HOME POINT FINANCIAL CORP.

Dated: November 02, 2018
WDOCLM--SJC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was filed electronically on November 02, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on November 02, 2018.

| | |
|---|---|
| KITTY ANN STRUNK<br>13307 LEMGRIF<br>HANNIBAL, MO  63401 | HOME POINT FINANCIAL CORP<br>PO BOX 790309<br>ST LOUIS, MO  63179 |
| SOTTILE & BARILE LLC<br>394 WARDS CORNER RD<br>STE 180<br>LOVELAND, OH  45140 | HOME POINT FINANCIAL CORP<br>11511 LUNA RD<br>STE 300<br>FARMERS BRANCH, TX  75234 |

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee