## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 18-20265-705 |
| KITTY ANN STRUNK | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 2 filed by |
| | ) |     HOME POINT FINANCIAL CORP |
| | ) |     Acct: 1136 |
| | ) | |
| **Debtor** | ) | 9 OBJ: 01/25/2019 |
| | ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--SJC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 2 filed by HOME POINT FINANCIAL CORP, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee.

**DATED: February 19, 2019**
**St. Louis, Missouri**

**CHARLES E. RENDLEN, III**
**U.S. Bankruptcy Judge**

Copy mailed to:

KITTY ANN STRUNK
10337 LEMGRI PLACE
HANNIBAL, MO 63401

ADAMS LAW OFFICE
1 MID RIVERS MALL DR
STE 200
ST PETERS, MO 63376

HOME POINT FINANCIAL CORP
11511 LUNA RD
STE 300
FARMERS BRANCH, TX 75234

SOTTILE & BARILE LLC
394 WARDS CORNER RD
STE 180
LOVELAND, OH 45140

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

HOME POINT FINANCIAL CORP
PO BOX 790309
ST LOUIS, MO 63179